# Composite Exhibit B

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

|  |  |
|---|---|
| STEPHEN MCCULLAH, ASHLEY MCCULLAH,<br>     Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC d/b/a YOUTUBE,<br>     Defendant. | Civil Action No.: _____<br><br>**Removed From:**<br><br>The 31st Judicial Circuit of Greene County, Missouri, Circuit Civil Division.<br><br>Case No.: 2631-CC00590 |

### Index of Composite Exhibit B

Tab 1        State Court Docket Sheet
(as of 7/30/2026)

Tab 2        Not Applicable - *Plaintiff's Petition for Injunctive Relief and Damages
(filed May 13, 2026) submitted as Exhibit A to Notice of Removal*

Tab 3        State Court Summons
(Issued May 15, 2026)

Tab 4        State Court Summons – Returned Non-Est
(filed June 22, 2026)

Tab 5        Summons Requested from Circuit Court for Personal Service
(filed June 22, 2026)

Tab 6        Request for Alias Summons
(filed June 22, 2026)

Tab 7        Alias Summons Issued
(Issued June 24, 2026)

Tab 8        Affidavit of Service - Google LLC
(filed July 8, 2026)

# Composite Exhibit B
# Tab 1


State Court Docket Sheet
as of as of 7/30/2026

The information available on Case.net is provided as a service and is not considered an official court record.

**Sort by date:** Descending Ascending          **Display options:** All Entries ⌄

**07/08/2026**

### Corporation Served

Document ID - 26-SMCC-1858; Served To - GOOGLE LLC; Server - SO COLE COUNTY-JEFFERSON CITY; Served Date - 06/30/2026; Served Time - 10:42:41; Service Type - SD; Reason Description - SERV; Service Text -CSC Lawyers, S. Lewis, Designee. /trs

**06/24/2026**

### Alias Summons Issued

Document ID: 26-SMCC-1858, for GOOGLE LLC Summons saved and attached in PDF format for Attorney to retrieve from secure case.net. /am

**06/22/2026**

### Alias Summons Requested

(Docketed on 6-24-2026 at 0916) Request for Issuance of Alias Summons. /am
   **Filed By:** CHAD GARRETT MANN
   **On Behalf Of:** STEPHEN MCCULLAH, ASHLEY MCCULLAH

### Summ Req-Circuit Pers Serv

(Docketed on 6-24-2026 at 0913-ACCEPTED AS FILED) Return Summons - NON-EST. /am
   **Filed By:** CHAD GARRETT MANN
   **On Behalf Of:** STEPHEN MCCULLAH, ASHLEY MCCULLAH

### Summons Returned Non-Est

Document ID - 26-SMCC-1483; Served To - GOOGLE LLC; Served Date - 06/22/2026; Served Time - 09:14:48; Service Type - SP; Reason Description - NEST; Service Text -non-est /am

**05/15/2026**

### Summons Issued-Circuit

Document ID: 26-SMCC-1483, for GOOGLE LLC Summons saved and attached in PDF format for Attorney to retrieve from secure case.net./kj

**05/13/2026**

### Filing Info Sheet eFiling

   **Filed By:** CHAD GARRETT MANN

### Pet Filed in Circuit Ct

Verified Petition.
   **Filed By:** CHAD GARRETT MANN
   **On Behalf Of:** STEPHEN MCCULLAH, ASHLEY MCCULLAH

# Composite Exhibit B
# Tab 2


No Document
*See* Exhibit A to Notice of Removal for
Plaintiff's Petition

# Composite Exhibit B
# Tab 3


State Court Summons



# Summons in Civil Case

## IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DEREK ADAM ANKROM | **Case Number: 2631-CC00590** |
| Plaintiff/Petitioner:<br>STEPHEN MCCULLAH<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CHAD GARRETT MANN<br>901 E ST. LOUIS ST.<br>SUITE 705<br>SPRINGFIELD, MO  65806 |
| Defendant/Respondent:<br>GOOGLE LLC | Court Address:<br>JUDICIAL COURTS FACILITY |
| Nature of Suit:<br>CC Breach of Contract | 1010 N BOONVILLE AVE<br>SPRINGFIELD, MO  65802 |

(Date File Stamp for Return)

**The State of Missouri to:  GOOGLE LLC**
**Alias:**
**221 BOLIVAR ST**
**JEFFERSON CITY, MO  65101**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***



***GREENE COUNTY***

| | |
|---|---|
| 15-MAY-2026 | /s/Bryan Feemster by kj |
| Date | Clerk |

**Further Information:**

Case 6:26-cv-03455-SRB     Document 1-2     Filed 07/30/26     Page 7 of 22

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
       Printed Name of Officer or Server                     Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____  _____
                                         Date                            Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1483**
2 of 2 (2631-CC00590)                                          Civil Procedure Form No. 1, SCR 54.01 – 54.05,
                                                                        54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo
Case 6:26-cv-03455-SRB     Document 1-2     Filed 07/30/26     Page 8 of 22

**Composite Exhibit B**
**Tab 4**

State Court Summons – Returned Non-Est

Electronically Filed - GREENE - June 22, 2026 - 10:55 AM



# Summons in Civil Case

## IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| Judge or Division:<br>DEREK ADAM ANKROM | Case Number: 2631-CC00590 | |
|---|---|---|
| Plaintiff/Petitioner:<br>STEPHEN MCCULLAH | Plaintiff's/Petitioner's Attorney/Address<br>CHAD GARRETT MANN<br>901 E ST. LOUIS ST.<br>SUITE 705<br>SPRINGFIELD, MO 65806 | |
| vs. | | (Date File<br>Stamp for<br>Return) |
| Defendant/Respondent:<br>GOOGLE LLC | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO 65802 | |
| Nature of Suit:<br>CC Breach of Contract | | |

The State of Missouri to: **GOOGLE LLC**
**Alias:**
**221 BOLIVAR ST**
**JEFFERSON CITY, MO 65101**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**GREENE COUNTY**

| 15-MAY-2026 | /s/Bryan Feemster by kj |
|---|---|
| Date | Clerk |

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1483**
1 of 2 (2631-CC00590)

Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☒ other: Non-est _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

Elizabeth Fetters _____          _Elizabeth Fetters_ _____
     Printed Name of Officer or Server                              Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____

                                    Date                          Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - GREENE - June 22, 2026 - 10:55 AM

# Composite Exhibit B
# Tab 5


Summons Requested from Circuit Court
for Personal Service

Case 6:26-cv-03455-SRB    Document 1-2    Filed 07/30/26    Page 12 of 22

Electronically Filed - GREENE - June 22, 2026 - 10:55 AM

# Summons in Civil Case

## IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| Judge or Division:<br>DEREK ADAM ANKROM | Case Number: 2631-CC00590 | |
|---|---|---|
| Plaintiff/Petitioner:<br>STEPHEN MCCULLAH | Plaintiff's/Petitioner's Attorney/Address<br>CHAD GARRETT MANN<br>901 E ST. LOUIS ST.<br>SUITE 705 | |
| vs. | SPRINGFIELD, MO 65806 | |
| Defendant/Respondent:<br>GOOGLE LLC | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Breach of Contract | SPRINGFIELD, MO 65802 | |

The State of Missouri to: **GOOGLE LLC**
**Alias:**
**221 BOLIVAR ST**
**JEFFERSON CITY, MO 65101**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**GREENE COUNTY**

| 15-MAY-2026 | /s/Bryan Feemster by kj |
|---|---|
| Date | Clerk |

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1483**
1 of 2 (2631-CC00590)  Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☒ other: Non-est _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

Elizabeth Fetters                         _Elizabeth Fetters_

‎        Printed Name of Officer or Server                              Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____   _____

‎                                                                 Date                                      Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1483**
2 of 2 (2631-CC00590)                                           Civil Procedure Form No. 1, SCR 54.01 – 54.05,
Case 6:26-cv-03455-SRB        Document 1-2        Filed 07/30/26        Page 14 of 22
54.13, and 54.20, 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - GREENE - June 22, 2026 - 10:55 AM

# Composite Exhibit B
# Tab 6

Request for Alias Summons



Electronically Filed - GREENE - June 22, 2026 - 11:09 AM

**GREENE COUNTY CIRCUIT COURT**
*c/o CIRCUIT CLERK*
1010 N BOONVILLE AVE.
SPRINGFIELD, MO 65802
*VIA E-FILING*

**June 22, 2026**

Re: *Stephen McCullah et al v. Google LLC d/b/a YouTube*
Case No. 2631-CC00590
**Request for Alias Summons**

Dear Circuit Clerk:

Please issue a new summons for a second attempt of service of process on the defendant at the below, shown address. Thank you, and should you have any questions, please do not hesitate to contact me.

Google LLC
c/o CSC-Lawyers Incorporating Service Company
221 Bolivar Street
Jefferson City, Mo. 65101

Sincerely yours,

THE LAW OFFICE OF CHAD G. MANN, LLC

Chad G. Mann, Esq.

**THE LAW OFFICE OF CHAD G. MANN, LLC**
901 E. St. Louis St., Suite 705, Springfield, Missouri 65806
Tel: (417) 842-8679 | www.chadgmann.com | Fax: (417) 322-6062

# Composite Exhibit B
# Tab 7


Alias Summons Issued



# Summons in Civil Case

## IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| Judge or Division:<br>DEREK ADAM ANKROM | Case Number: 2631-CC00590 | |
|---|---|---|
| Plaintiff/Petitioner:<br>STEPHEN MCCULLAH<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CHAD GARRETT MANN<br>901 E ST. LOUIS ST.<br>SUITE 705<br>SPRINGFIELD, MO 65806 | |
| Defendant/Respondent:<br>GOOGLE LLC | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO 65802 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Breach of Contract | | |

**The State of Missouri to:** **GOOGLE LLC**
**Alias:**
**CSC LAWYERS INCORPORATING SERV**
**221 BOLIVAR ST**
**JEFFERSON CITY, MO 65101**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**GREENE COUNTY**

| 24-JUN-2026 | /s/ Bryan Feemster by am |
|---|---|
| Date | Clerk |

**Further Information:**

Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____      _____
Printed Name of Officer or Server                         Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____

Date                                    Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1858**
2 of 2 (2631-CC00590)                                Civil Procedure Form No. 1, SCR 54.01 – 54.05,
Case 6:26-cv-03455-SRB    Document 1-2    Filed 07/30/26    Page 19 of 22
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# Composite Exhibit B
# Tab 8


Affidavit of Service – Google LLC



IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

RECEIVED

JUN 2 9 2026

COLE COUNTY
SHERIFF'S OFFICE

| Judge or Division: DEREK ADAM ANKROM | Case Number: 2631-CC00590 | |
|---|---|---|
| Plaintiff/Petitioner: STEPHEN MCCULLAH vs. | Plaintiff's/Petitioner's Attorney/Address CHAD GARRETT MANN 901 E ST. LOUIS ST. SUITE 705 SPRINGFIELD, MO 65806 | |
| Defendant/Respondent: GOOGLE LLC | Court Address: JUDICIAL COURTS FACILITY 1010 N BOONVILLE AVE SPRINGFIELD, MO 65802 | (Date File Stamp for Return) |
| Nature of Suit: CC Breach of Contract | | |

**The State of Missouri to:** **GOOGLE LLC**
**Alias:**
**CSC LAWYERS INCORPORATING SERV**
**221 BOLIVAR ST**
**JEFFERSON CITY, MO 65101**

**Other Addresses:**

FILED
JUL 08 2026
MAIL
CIRCUIT CLERK
GREENE COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**GREENE COUNTY**

| 24-JUN-2026 | /s/ Bryan Feemster by am |
|---|---|
| Date | Clerk |

**Further Information:**

Case 6.26-cv-03455-SRB     Document 1-2     Filed 07/30/26     Page 21 of 22

Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

9133 $50.00

## Officer's or Server's Return

**Note to serving officer:** Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☑ (for service on a corporation) delivering a copy of the summons and petition to:

_CSC lawyers, S. lewis_ (name) _designee_ (title).

☐ other: _____.

Served at _350 E. High St._ (address) in _Cole_ (County/City of St. Louis), MO, on _06-20-26_ (date) at _8:00 AM_ (time).

_Sheriff John P Wheeler_ by _Aimee Wray_

Printed Name of Officer or Server    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

Date    Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1858**
2 of 2 (2631-CC00590)    Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:26-cv-03455-SRB    Document 1-2    Filed 07/30/26    Page 22 of 22